# U.S. District Court
## District of Rhode Island (Providence)
### CIVIL DOCKET FOR CASE #: 1:20-cv-00152-MSM-PAS

R: [Create an Alert for This Case on RECAP](#)

| | |
|---|---|
| Phoenix v. Day One et al | Date Filed: 03/28/2020 |
| Assigned to: District Judge Mary S. McElroy | Jury Demand: Both |
| Referred to: Magistrate Judge Patricia A. Sullivan | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Plaintiff**

**Simone E Phoenix**     represented by     **Shannah M. Kurland**
149 Lenox Avenue
Providence, RI 02907
401-439-0518
Email: skurland.esq@gmail.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Day One**     represented by     **Rajaram Suryanarayan**
Gunning & LaFazia, Inc.
33 College Hill Road
Suite 25B
Warwick, RI 02886
521-6900
Fax: 521-6901
Email: rsury@gunninglafazia.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew W. Plocica**
Gunning & LaFazia, Inc.
33 College Hil Road
Suite 25B
Warwick, RI 02886
401-521-6902
Email: aplocica@gunninglafazia.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Providence Center, Inc.**
*TERMINATED: 06/11/2020*
    represented by     **Paul F. Galamaga**
Ratcliffe Harten Galamaga LLP
40 Westminster Street
Suite 700
Providence, RI 02903
401-331-3400
Fax: 401-331-3440

Email: pgalamaga@rhgllp.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Timothy McGann**
*individually and in official capacity as a Providence Police Officer*

represented by **Michael J. Colucci**
Olenn & Penza
530 Greenwich Avenue
Warwick, RI 02886
737-3700
Fax: 737-5499
Email: mjc@olenn-penza.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Philip Hartnett**
*individually and in official capacity as a Providence Police Officer*

represented by **Michael J. Colucci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Edmond Esten**
*individually and in official capacity as a Providence Police Officer*

represented by **Michael J. Colucci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brian Dyer**
*individually and in official capacity as a Providence Police Officer*

represented by **Michael J. Colucci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dwight Eddy**
*individually and in official capacity as a Providence Police Officer*

represented by **Michael J. Colucci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sean Comella**
*individually and in official capacity as a Providence Police Officer*

represented by **Michael J. Colucci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**James Cryan**
*individually and in official capacity as a Providence Police Officer*

represented by **Michael J. Colucci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jeff Richards**
*individually and in official capacity as a Providence Police Officer*

represented by **Michael J. Colucci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**City of Providence**
*by and through its Treasurer, James J. Lombardi, III*

represented by **Kevin F. McHugh**
996 Smith Street
Providence, RI 02908

|  |  |
|---|---|
|  | 401-578-3502<br>Fax: 401-537-9185<br>Email: kfmchugh9@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Michael J. Colucci**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| **Deb Wingate-Silva** | represented by | **Rajaram Suryanarayan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| **Carla Cuellar** | represented by | **Paul S. Callaghan**<br>Higgins, Cavanagh & Cooney<br>10 Dorrance Street<br>Suite 400<br>Providence, RI 02903<br>272-3500<br>Fax: 273-8780<br>Email: pcallaghan@hcc-law.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Kurt A. Rocha**<br>Melick & Porter, LLP<br>One Richmond Square<br>Suite 230<br>Providence, RI 02906<br>401-522-5159<br>Email: krocha@melicklaw.com<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Tyler J. Pare**<br>Higgins, Cavanagh & Cooney, LLP<br>10 Dorrance Street<br>Suite 400<br>Providence<br>Providence, RI 02903<br>401-272-3500<br>Fax: 401-273-8780<br>Email: tpare@hcc-law.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| **Family Services Rhode Island, Inc.** | represented by | **Paul S. Callaghan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Kurt A. Rocha**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tyler J. Pare**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/28/2020 | 1 | COMPLAINT ( filing fee paid $ 400.00, receipt number 0103-1487199 ), filed by Simone E Phoenix. (Attachments: # 1 summons, # 2 summons)(Kurland, Shannah) CLERK'S NOTE: *Docket entry was edited to modify the file date.* Modified due to Technical Issues on 3/30/2020 (Farrell Pletcher, Paula). (Entered: 03/30/2020) |
| 03/30/2020 | | CORRECTIVE DOCKET ENTRY Regarding: 1 Complaint. This case has been electronically filed and processed, however, after a quality control review the following deficiencies were found: Civil Cover Sheet not attached. The filer is directed to file a Civil Cover Sheet within one day. (Farrell Pletcher, Paula) (Entered: 03/30/2020) |
| 03/30/2020 | | Case assigned to District Judge William E. Smith and Magistrate Judge Patricia A. Sullivan. (Farrell Pletcher, Paula) (Entered: 03/30/2020) |
| 03/30/2020 | 2 | Summons Issued as to Day One and The Providence Center, Inc. (Attachments: # 1 Providence Center Summons)(Farrell Pletcher, Paula) (Entered: 03/30/2020) |
| 03/30/2020 | 3 | CASE OPENING NOTICE ISSUED (Farrell Pletcher, Paula) (Entered: 03/30/2020) |
| 03/30/2020 | 4 | Civil Cover Sheet filed by All Plaintiffs. Regarding New Case: 1 Complaint,. (Potter, Carrie) (Entered: 03/30/2020) |
| 04/23/2020 | 5 | NOTICE of Appearance by Michael J. Colucci on behalf of Sean Comella, James Cryan, Brian Dyer, Dwight Eddy, Edmond Esten, Philip Hartnett, Timothy McGann, Jeff Richards (Colucci, Michael) (Entered: 04/23/2020) |
| 04/23/2020 | 6 | ANSWER to Complaint by Sean Comella, James Cryan, Brian Dyer, Dwight Eddy, Edmond Esten, Philip Hartnett, Timothy McGann, Jeff Richards.(Colucci, Michael) (Entered: 04/23/2020) |
| 05/13/2020 | 7 | NOTICE of Appearance by Paul F. Galamaga on behalf of The Providence Center, Inc. (Galamaga, Paul) (Entered: 05/13/2020) |
| 05/13/2020 | 8 | DEMAND for Trial by Jury by The Providence Center, Inc.. (Galamaga, Paul) (Entered: 05/13/2020) |
| 05/13/2020 | 9 | ANSWER to Complaint by The Providence Center, Inc..(Galamaga, Paul) (Entered: 05/13/2020) |
| 05/13/2020 | | TEXT ORDER: Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the parties are directed to begin their mandatory disclosures immediately, before the Rule 16 conference. To the extent that the parties wish to begin discovery on a cooperative basis prior to the initial conference, they are encouraged to do so. So Ordered by District Judge William E. Smith on 5/13/2020. (Jackson, Ryan) (Entered: 05/13/2020) |
| 05/15/2020 | 10 | NOTICE of Appearance by Paul F. Galamaga on behalf of The Providence Center, Inc. (Galamaga, Paul) (Entered: 05/15/2020) |

| | | |
|---|---|---|
| 05/19/2020 | 11 | NOTICE of Appearance by Rajaram Suryanarayan on behalf of Day One (Suryanarayan, Rajaram) (Entered: 05/19/2020) |
| 05/21/2020 | 12 | ANSWER to Complaint by Day One.(Suryanarayan, Rajaram) (Entered: 05/21/2020) |
| 05/26/2020 | 13 | MOTION to Amend/Correct 1 Complaint, filed by Simone E Phoenix. **Responses due by 6/9/2020.** (Attachments: # 1 Supporting Memorandum, # 2 Appendix Proposed Amended Complaint)(Kurland, Shannah) (Entered: 05/26/2020) |
| 05/29/2020 | 14 | NOTICE of Appearance by Kevin F. McHugh on behalf of City of Providence (McHugh, Kevin) (Entered: 05/29/2020) |
| 05/29/2020 | 15 | ANSWER to Complaint by City of Providence.(McHugh, Kevin) (Entered: 05/29/2020) |
| 05/29/2020 | 16 | MOTION to Amend/Correct 13 MOTION to Amend/Correct 1 Complaint, filed by Simone E Phoenix. **Responses due by 6/12/2020.** (Attachments: # 1 Appendix CORRECTED Motion, # 2 Supporting Memorandum CORRECTED Memorandum, # 3 Appendix CORRECTED 1st Am Complaint)(Kurland, Shannah) (Entered: 05/29/2020) |
| 06/08/2020 | 17 | STIPULATION *Stipulation of Voluntary Dismissal* filed by The Providence Center, Inc.. (Galamaga, Paul) (Entered: 06/08/2020) |
| 06/11/2020 | | TEXT ORDER Entering 17 Stipulation of Voluntary Dismissal of Defendant The Providence Center, Inc.. So Ordered by District Judge William E. Smith on 6/11/2020. (Jackson, Ryan) (Entered: 06/11/2020) |
| 06/15/2020 | | TEXT ORDER granting 13 Motion to Amend/Correct; granting 16 Motion to Amend/Correct. So Ordered by District Judge William E. Smith on 6/15/2020. (Jackson, Ryan) (Entered: 06/15/2020) |
| 06/15/2020 | 18 | AMENDED COMPLAINT against All Defendants filed by Simone E Phoenix.(Potter, Carrie) (Entered: 06/15/2020) |
| 06/15/2020 | 19 | NOTICE of Appearance by Rajaram Suryanarayan on behalf of Deb Wingate-Silva (Suryanarayan, Rajaram) (Entered: 06/15/2020) |
| 06/15/2020 | 20 | ANSWER to 18 Amended Complaint *FIRST AMENDED COMPLAINT* by Deb Wingate-Silva.(Suryanarayan, Rajaram) (Entered: 06/15/2020) |
| 06/15/2020 | 21 | NOTICE by Day One *AND DEBRA WESTGATE-SILVA'S INITIAL DISCLOSURES* (Suryanarayan, Rajaram) (Entered: 06/15/2020) |
| 06/15/2020 | 22 | NOTICE by Day One *RULE 7 CORPORATE DISCLOSURE STATEMENT* (Suryanarayan, Rajaram) (Entered: 06/15/2020) |
| 06/23/2020 | 23 | ANSWER to 18 Amended Complaint by Sean Comella, James Cryan, Brian Dyer, Dwight Eddy, Edmond Esten, Philip Hartnett, Timothy McGann, Jeff Richards. (Colucci, Michael) (Entered: 06/23/2020) |
| 06/24/2020 | 24 | Second MOTION to Amend/Correct 18 Amended Complaint filed by Simone E Phoenix. **Responses due by 7/8/2020.** (Attachments: # 1 Supporting Memorandum, # 2 Appendix Amended complaint, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E)(Kurland, Shannah) (Entered: 06/24/2020) |
| 06/30/2020 | 25 | RESPONSE In Opposition to 24 Second MOTION to Amend/Correct 18 Amended Complaint filed by City of Providence, Sean Comella, James Cryan, Brian Dyer, Dwight Eddy, Edmond Esten, Philip Hartnett, Timothy McGann, Jeff Richards. **Replies** |

| | | |
|---|---|---|
| | | **due by 7/7/2020.** (Attachments: # 1 Supporting Memorandum, # 2 Case Submission) (Colucci, Michael) (Entered: 06/30/2020) |
| 07/21/2020 | 26 R | *Defendants, Day One and Debra Westgate-Silva's* ANSWER to Complaint *of Plaintiff's Second Amended Complaint* by Day One.(Suryanarayan, Rajaram) (Entered: 07/21/2020) |
| 09/17/2020 | 27 | STIPULATION *Allowing Defendant, Day One, up to and including October 30, 2020 to file responses to discovery requests filed by the plaintiff* filed by Day One. (Suryanarayan, Rajaram) (Entered: 09/17/2020) |
| 10/13/2020 | | MOTIONS REFERRED: 24 Second MOTION to Amend/Correct 18 Amended Complaint referred for determination to Magistrate Judge Patricia A. Sullivan. (Jackson, Ryan) (Entered: 10/13/2020) |
| 10/15/2020 | | NOTICE of Hearing on Motion 24 Second MOTION to Amend/Correct 18 Amended Complaint :VIDEO Motion Hearing set for **11/2/2020 at 10:00 AM** in Remote Hearing before Magistrate Judge Patricia A. Sullivan. Invitation and instructions to video hearing have been emailed to counsel of record.(Saucier, Martha) (Entered: 10/15/2020) |
| 10/15/2020 | | AMENDED NOTICE of Hearing on Motion 24 Second MOTION to Amend/Correct 18 Amended Complaint : VIDEO Motion Hearing reschduled for **11/6/2020 at 10:00 AM** in Remote Hearing before Magistrate Judge Patricia A. Sullivan. Invitation and instructions emailed to counsel previously remain the same.(Saucier, Martha) (Entered: 10/15/2020) |
| 11/06/2020 | | Minute Entry for proceedings held before Magistrate Judge Patricia A. Sullivan: Motion Hearing held on 11/6/2020 re 24 Second MOTION to Amend/Correct 18 Amended Complaint filed by Simone E Phoenix. Shannah Kurland for the plaintiff; Rajaram Suryanarayan, Michael Colucci and Kevin McHugh for the defendants. Both sides argue; Court takes matter under advisement; Court to issue a Report and Recommendation. (Courtroom Video Hearing at 10:02.) (Saucier, Martha) (Entered: 11/06/2020) |
| 12/11/2020 | 28 R | REPORT AND RECOMMENDATIONS re 24 Second MOTION to Amend/Correct 18 Amended Complaint filed by Simone E Phoenix **Objections to R&R due by 12/28/2020.**.Because the SAC's claims against the three officers Deputy Chief Thomas Verdi, and Officers Francisco Colon and Michael Wheeler are out of time and relation back does not apply, I recommend that the motion to amend as to them be denied as futile. Otherwise, based on the absence of objection, the motion to amend to add of Defendants Cuellar and Family Services Rhode Island, Inc. may be granted So Ordered by Magistrate Judge Patricia A. Sullivan on 12/11/2020. (Saucier, Martha) (Entered: 12/11/2020) |
| 01/07/2021 | 29 R | ORDER adopting 28 R Report and Recommendations and granting in part and denying in part 24 Motion to Amend Complaint. So Ordered by District Judge William E. Smith on 1/7/2021. (Jackson, Ryan) (Entered: 01/07/2021) |
| 01/26/2021 | 30 | AMENDED COMPLAINT *, Second* against All Defendants, filed by Simone E Phoenix.(Kurland, Shannah) (Entered: 01/26/2021) |
| 01/28/2021 | 31 | ORDER OF RECUSAL entered. District Judge William E. Smith recused. Case reassigned to District Judge Mary S. McElroy for all further proceedings. So Ordered by District Judge William E. Smith on 1/28/2021. (Jackson, Ryan) (Entered: 01/28/2021) |
| 01/28/2021 | 32 | *Defendants, Day One and Debra Westgate-Silva's* ANSWER to 30 Amended |

| | | |
|---|---|---|
| | | Complaint *Second* by Day One.(Suryanarayan, Rajaram) (Entered: 01/28/2021) |
| 02/02/2021 | 33 | ANSWER to 30 Amended Complaint by Sean Comella, James Cryan, Brian Dyer, Dwight Eddy, Edmond Esten, Philip Hartnett, Timothy McGann, Jeff Richards. (Colucci, Michael) (Entered: 02/02/2021) |
| 03/04/2021 | 34 | NOTICE of Remote Hearing: Telephonic Rule 16 Conference set for Wednesday, 3/17/2021 at 10:00 AM before District Judge Mary S. McElroy. (Urizandi, Nisshy) (Entered: 03/04/2021) |
| 03/10/2021 | 35 | RULE 16 STATEMENT by Simone E Phoenix. (Kurland, Shannah) (Entered: 03/10/2021) |
| 03/17/2021 | | Minute Entry for proceedings held before District Judge Mary S. McElroy: Telephonic Rule 16 Conference held on 3/17/2021: S. Kurland for Plaintiff; R. Suryanarayan, M. Colucci, K. McHugh, and K. Rocha for Defendants. (Simoncelli, Michael) (Entered: 03/17/2021) |
| 03/17/2021 | 36 | PRETRIAL SCHEDULING ORDER: Factual Discovery to close by 12/17/2021; Plaintiff Expert Disclosures shall be made by 1/18/2022; Defendant Expert Disclosures shall be made by 2/17/2022; Expert Discovery to close by 3/21/2022; Dispositive Motions due by 4/20/2022. So Ordered by District Judge Mary S. McElroy on 3/17/2021. (Simoncelli, Michael) (Entered: 03/17/2021) |
| 03/19/2021 | 37 | NOTICE of Appearance by Andrew W. Plocica on behalf of Day One (Plocica, Andrew) (Entered: 03/19/2021) |
| 03/31/2021 | 38 | NOTICE of Appearance by Paul S. Callaghan on behalf of Carla Cuellar, Family Services Rhode Island, Inc. (Callaghan, Paul) (Entered: 03/31/2021) |
| 03/31/2021 | 39 | MOTION to Dismiss *Plaintiff's Second Amended Complaint* filed by Carla Cuellar, Family Services Rhode Island, Inc.. **Responses due by 4/14/2021.** (Attachments: # 1 Supporting Memorandum)(Callaghan, Paul) (Entered: 03/31/2021) |
| 04/02/2021 | 40 | NOTICE of Appearance by Kurt A. Rocha on behalf of Carla Cuellar, Family Services Rhode Island, Inc. (Rocha, Kurt) (Entered: 04/02/2021) |
| 04/14/2021 | 41 | RESPONSE In Opposition to 39 MOTION to Dismiss *Plaintiff's Second Amended Complaint* filed by Simone E Phoenix. **Replies due by 4/21/2021.** (Attachments: # 1 Supporting Memorandum)(Kurland, Shannah) (Entered: 04/14/2021) |
| 04/21/2021 | 42 | REPLY to Response re 41 Response to Motion, filed by Carla Cuellar, Family Services Rhode Island, Inc.. (Callaghan, Paul) (Entered: 04/21/2021) |
| 04/28/2021 | 43 | STIPULATION *extending time to respond to discovery* filed by City of Providence. (McHugh, Kevin) (Entered: 04/28/2021) |
| 05/03/2021 | | TEXT ORDER entering 43 Stipulation - So Ordered by District Judge Mary S. McElroy on 5/3/2021. (Urizandi, Nisshy) (Entered: 05/03/2021) |
| 05/27/2021 | 44 | MOTION for Summary Judgment *with Supporting Memorandum* filed by City of Providence, Sean Comella, James Cryan, Brian Dyer, Dwight Eddy, Edmond Esten, Philip Hartnett, Timothy McGann, Jeff Richards. **Responses due by 6/10/2021.** (Attachments: # 1 Exhibit, # 2 Statement of Undisputed Facts, # 3 Case Submission) (Colucci, Michael) (Attachment 1 replaced on 6/2/2021) (Urizandi, Nisshy). (Entered: 05/27/2021) |
| 06/01/2021 | 45 | MOTION to Seal Document Previously Filed With the Court filed by City of Providence, Sean Comella, James Cryan, Brian Dyer, Dwight Eddy, Edmond Esten, |

| | | |
|---|---|---|
| | | Philip Hartnett, Timothy McGann, Jeff Richards. **Responses due by 6/15/2021.** (Colucci, Michael) (Entered: 06/01/2021) |
| 06/01/2021 | 46 | NOTICE by City of Providence, Sean Comella, James Cryan, Brian Dyer, Dwight Eddy, Edmond Esten, Philip Hartnett, Timothy McGann, Jeff Richards *to Correct Certification Date Re: Motion for Summary Judgment* (Colucci, Michael) (Entered: 06/01/2021) |
| 06/02/2021 | | TEXT ORDER granting 45 Motion to Seal Document Previously Filed With the Court - So Ordered by District Judge Mary S. McElroy on 6/2/2021. (Urizandi, Nisshy) (Entered: 06/02/2021) |
| 06/02/2021 | 47 | (Applicable Party) EXHIBIT IN SUPPORT by City of Providence, Sean Comella, James Cryan, Carla Cuellar, Day One, Brian Dyer, Dwight Eddy, Edmond Esten, Family Services Rhode Island, Inc., Philip Hartnett, Timothy McGann, Simone E Phoenix, Jeff Richards, The Providence Center, Inc., Deb Wingate-Silva in support of 44 MOTION for Summary Judgment *with Supporting Memorandum*. (Urizandi, Nisshy) **This document has been filed under seal pursuant to LR Gen 102 and access is restricted. Please login to CM/ECF to view document(s).** (Entered: 06/02/2021) |
| 06/04/2021 | 48 | STIPULATION *To Extend Time to Respond to Plaintiff's Discovery Requests* filed by Deb Wingate-Silva. (Suryanarayan, Rajaram) (Entered: 06/04/2021) |
| 06/07/2021 | | TEXT ORDER entering 48 Stipulation filed by Deb Wingate-Silva - So Ordered by District Judge Mary S. McElroy on 6/7/2021. (Urizandi, Nisshy) (Entered: 06/07/2021) |
| 06/07/2021 | 49 | MOTION for an Extension of Time to File Response/Reply as to 44 MOTION for Summary Judgment *with Supporting Memorandum* filed by Simone E Phoenix. **Responses due by 6/21/2021.** (Kurland, Shannah) (Entered: 06/07/2021) |
| 06/08/2021 | | TEXT ORDER granting 49 Motion for Extension of Time to File Response re 44 MOTION for Summary Judgment *with Supporting Memorandum*. **Responses due by 7/1/2021.** So Ordered by District Judge Mary S. McElroy on 6/8/2021. (Urizandi, Nisshy) (Entered: 06/08/2021) |
| 07/01/2021 | 50 | Motion to Deny (Attachments: # 1 Supporting Memorandum, # 2 Affidavit)(Kurland, Shannah) Modified on 7/9/2021 to correct event type (Potter, Carrie). (Entered: 07/01/2021) |
| 07/02/2021 | 51 | MOTION for Summary Judgment filed by Day One. **Responses due by 7/16/2021.** (Attachments: # 1 Supporting Memorandum MEMO, # 2 Exhibit EXHIBITS A-J) (Suryanarayan, Rajaram) (Entered: 07/02/2021) |
| 07/02/2021 | 52 | STATEMENT OF UNDISPUTED FACTS by Day One re 51 MOTION for Summary Judgment . (Suryanarayan, Rajaram) (Entered: 07/02/2021) |
| 07/09/2021 | 53 | RESPONSE In Opposition to 50 MOTION filed by City of Providence, Sean Comella, James Cryan, Brian Dyer, Dwight Eddy, Edmond Esten, Philip Hartnett, Timothy McGann, Jeff Richards. **Replies due by 7/16/2021.** (Colucci, Michael) (Entered: 07/09/2021) |
| 07/16/2021 | 54 | REPLY to Response re 53 Response to Motion, filed by Simone E Phoenix. (Kurland, Shannah) (Entered: 07/16/2021) |
| 07/16/2021 | 55 | MOTION *to Deny or Delay Ruling* re: 51 MOTION for Summary Judgment filed by Simone E Phoenix. **Responses due by 7/30/2021.** (Attachments: # 1 Supporting Memorandum, # 2 Exhibit A)(Kurland, Shannah) (Entered: 07/16/2021) |
| | | |

| | | | |
|---|---|---|---|
| 07/23/2021 | 56 | | RESPONSE In Opposition to 55 MOTION *to Deny or Delay Ruling* re: 51 MOTION for Summary Judgment filed by Day One, Deb Wingate-Silva. **Replies due by 7/30/2021.** (Suryanarayan, Rajaram) (Entered: 07/23/2021) |
| 07/30/2021 | 57 | | REPLY to Response re 56 Response to Motion, filed by Simone E Phoenix. (Kurland, Shannah) (Entered: 07/30/2021) |
| 09/15/2021 | 58 R | | ORDER granting in part and denying in part 39 Motion to Dismiss. So Ordered by District Judge Mary S. McElroy on 9/15/2021. (Potter, Carrie) (Entered: 09/15/2021) |
| 09/15/2021 | 59 R | | MEMORANDUM AND ORDER Re: 44 Motion for Summary Judgment, 50 Motion to Deny/Defer, 55 Motion to Delay/Defer, 51 Motion for Summary Judgment. So Ordered by District Judge Mary S. McElroy on 9/15/2021. (Potter, Carrie) (Entered: 09/15/2021) |
| 10/08/2021 | 60 | | *Defendant, Carla Cuellar* ANSWER to 30 Amended Complaint by Carla Cuellar. (Callaghan, Paul) (Entered: 10/08/2021) |
| 10/21/2021 | | | NOTICE of Hearing: Rule 16 Conference set for 11/1/2021 at 12:30 PM in Remote Hearing before District Judge Mary S. McElroy.(Zoom Meeting ID: 161 980 7710, Passcode: 818105) (Potter, Carrie) (Entered: 10/21/2021) |
| 10/21/2021 | | | HEARING CANCELLED : Rule 16 Conference set for 11/1/2021 at 12:30 PM in Remote Hearing before District Judge Mary S. McElroy is hereby cancelled. (Potter, Carrie) (Entered: 10/21/2021) |
| 01/13/2022 | 61 | | MOTION for Summary Judgment filed by Carla Cuellar. **Responses due by 1/27/2022.** (Attachments: # 1 Supporting Memorandum)(Callaghan, Paul) (Entered: 01/13/2022) |
| 01/13/2022 | 62 | | STATEMENT OF UNDISPUTED FACTS by Carla Cuellar re 61 MOTION for Summary Judgment . (Attachments: # 1 Exhibit)(Callaghan, Paul) (Entered: 01/13/2022) |
| 01/14/2022 | 63 | | NOTICE of Appearance by Tyler J. Pare on behalf of Carla Cuellar, Family Services Rhode Island, Inc. (Pare, Tyler) (Entered: 01/14/2022) |
| 01/17/2022 | 64 | | MOTION for an Extension of Time to File Response/Reply as to 61 MOTION for Summary Judgment filed by Simone E Phoenix. **Responses due by 1/31/2022.** (Kurland, Shannah) (Entered: 01/17/2022) |
| 01/20/2022 | | | TEXT ORDER granting 64 Motion for Extension of Time to File Response/Reply. 61 Motion for Summary Judgment **Responses due by 2/17/2022.**. So Ordered by District Judge Mary S. McElroy on 1/20/2022. (Potter, Carrie) (Entered: 01/20/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/17/2022 01:49:11 | | | |
| **PACER Login:** | skurland24 | **Client Code:** | phoenix |
| **Description:** | Docket Report | **Search Criteria:** | 1:20-cv-00152-MSM-PAS |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |