6th Division District Court

## Case Summary

### Case No. 61-2017-01561

**State of Rhode Island v. Simone Watts** §
§

Location: **6th Division District Court**
Filed on: **02/06/2017**

---

### Case Information

| Offense | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|
| Jurisdiction: **Providence Police Department** | | | | |
| 1. Simple Assault and/or Battery Arrest | 11-5-3(a) | M | 01/23/2017 | 02/06/2017 |
| 2. Simple Assault and/or Battery | 11-5-3(a) | M | 01/23/2017 | 02/06/2017 |
| 3. Simple Assault and/or Battery | 11-5-3(a) | M | 01/23/2017 | 02/06/2017 |
| 4. Vandalism | 11-44-1(a) | M | 01/23/2017 | 02/06/2017 |

Case Type: Misdemeanor
Case Status: **03/30/2017** Closed

### Statistical Closures

03/30/2017   Non-Trial Disposition

---

### Party Information

**Plaintiff**   State of Rhode Island

**Defendant**   Watts, Simone
 DOB:   11/10/1987
 SID:   @11787914

   **KURLAND, SHANNAH**
   *Retained*

**Agency**   **PROVIDENCE POLICE DEPARTMENT**
 SID:   @11806264

---

### Dispositions

03/30/2017   **Disposition** (Judicial Officer: Ippolito, Joseph P., Jr.)
   1. Simple Assault and/or Battery
      Dismissal
   2. Simple Assault and/or Battery
      Dismissal
   3. Simple Assault and/or Battery
      Dismissal
   4. Vandalism
      Dismissal

---

### Case Events

02/06/2017   Criminal Complaint Filed

02/07/2017   Not Guilty Plea Entered

02/07/2017   Bail and Recognizance Conditions

02/07/2017   Waiver of Jury Trial

6th Division District Court

## Case Summary

**Case No. 61-2017-01561**

| | |
|---|---|
| 02/07/2017 | Entry of Appearance |
| 02/07/2017 | Notice of Court Date |
| 03/02/2017 | Motion for Permission to Leave the State |
| 03/02/2017 | Motion Granted |
| 03/30/2017 | 48A Dismissal Filed |

### Hearings

02/07/2017 **Arraignment** (9:00 AM) (Judicial Officer: Ippolito, Joseph P., Jr.)
    02/07/2017 Reset by Court to 02/07/2017
    *Hearing Concluded*

03/02/2017 **Pretrial Conference** (9:00 AM) (Judicial Officer: Lafazia, Jeanne E.)
    *Hearing Continued*

03/16/2017 **Pretrial Conference** (9:00 AM) (Judicial Officer: Jabour, Christine S.)
    *Hearing Continued*

03/23/2017 **Pretrial Conference** (9:00 AM) (Judicial Officer: Clifton, William C.)
    *Hearing Concluded*

03/30/2017 **Pretrial Conference** (9:00 AM) (Judicial Officer: Ippolito, Joseph P., Jr.)
    *Hearing Concluded*