**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF RHODE ISLAND**

Simone E. Phoenix

    Plaintiff,

v.                                        1:20-cv-152MSM

Dy One, et al

    Defendants.

## JUDGMENT

    This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

    Judgment is hereby entered pursuant to this Court's Order of June 27, 2021.

    It is so ordered.

June 27, 2021                                By the Court:

                                                       /s/ Hanorah Tyer-Witek
                                                       Clerk of Court